Date: 09/16/10  DIVIDENDS REMITTED TO THE COURT   #150968   Page: 1

Case Number 09-17628 - WERNER, KATHY L

| Creditor | Claim No. | Check | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| First Merit Bank<br>III Cascade Plaza CAS 36<br>Akron, OH 44308 | 000009 | 112 | 232.20 | 2.08 |
| ---------- Remittance Total -------------- | | | 232.20 | 2.08 |

*signature*
ALAN J. TREINISH, TRUSTEE

FILED 2010 SEP 17 PM 12:34
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

COURT1  Printed: 09/16/10 02:18 PM  Ver: 15.20